| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Haik, Richard T | 2. Court or Organization<br><br>Wester District of Louisiana | 3. Date of Report<br><br>06/27/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 20 A 11: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | SHPS - Refund | $ 333 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Louisiana State Bar Association - 6/08/2006 | Seminar Speaker, Sandestin, FL--travel, lodging, and meals |
| 2. Louisiana Trial Lawyers Association - 8/2006 | Seminar Speaker, New Orleans, LA--travel |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The City Club | Honarary Membership | $ 700 |
| 2. | Diamond M Drilling | Hunting Trip | $ 800 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | St. Landry Bank & Trust Company | Bank loan to purchase investment in The McGeeHee Group, LLC | M |
| 2. | Capital One Bank | Bank loan to purchase condominium for residential rental. | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Iberia Bank Accounts | A | Interest | K | T | | | | | See Note in Part VIII |
| 2. Iberia Bank Accounts | | None | J | T | | | | | See Note in Part VIII |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. --Edward Jones Money Market Account | A | Dividend | J | T | | | | | |
| 5. --Diamond Offshore Drilling, Inc. Common Stsock | A | Dividend | J | T | | | | | |
| 6. --Rowan Company Common Stock | A | Dividend | J | T | | | | | |
| 7. --American International Petroleum Common Stock | | None | J | T | | | | | |
| 8. --Louisiana Health Care Group Common Stock | | None | J | T | | | | | |
| 9. --Fedders Corporation Common Stock(X) | | None | J | T | | | | | |
| 10. Brokerage Account #2 | | | | | | | | | |
| 11. --Federal Mogul Corporation(X) | A | Dividend | K | T | | | | | |
| 12. --Angola, IND Revenue Bonds | A | Interest | J | T | | | | | |
| 13. --Angola, IND Healthcare Facs Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 14. --Lafourche Parish, LA Sales Tax Bonds | A | Interest | J | T | | | | | |
| 15. --St. Tammany Parish, LA Hospital Bonds | A | Interest | J | T | | | | | |
| 16. --Tillman County, OK Revenue Bonds | A | Interest | J | T | | | | | |
| 17. --Tillman County, OK Revenue Bonds (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Walton County, FL Revenue Bonds | A | Interest | | | Redemption | 04/11 | J | A | |
| 19.  --Walton County, FL Revenue Bonds (X) | A | Interest | | | Redemption | 04/05 | J | A | |
| 20.  --West Jefferson, LA Revenue Bonds | A | Interest | | | Redemption | 12/01 | J | A | |
| 21.  --Elizabeth City, NC Revenue Bonds | | None | J | T | | | | | |
| 22.  --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |
| 23.  --Montgomery-Southside, AL Revenue Bonds | A | Interest | J | T | | | | | |
| 24.  --Montgomery-Southside, AL Revenue Bonds (X) | B | Interest | K | T | | | | | |
| 25.  --Level 3 Communications Convertible Sub Debt (X) | A | Interest | K | T | | | | | |
| 26.  --Level 3 Communications Sub Note (X) | A | Interest | J | T | | | | | |
| 27.  --Pohang Iron & Steel, LTD Note (X) | A | Interest | | | Redeemed | 11/01 | J | | |
| 28.  --Xerox Capital Trust Capital Securities (X) | A | Dividend | J | T | | | | | |
| 29.  --Camden County, NJ Solid Waste Bonds (X) | A | Interest | J | T | | | | | |
| 30.  --Camden County, NJ Pollution Control Bonds (X) | A | Interest | J | T | | | | | |
| 31.  --Capital Projects Fin Auth FL Bonds (X) | B | Interest | K | T | | | | | |
| 32.  --Cave Springs, GA Housing Development Corp (X) | A | Interest | | | Redeemed | 04/05 | J | | |
| 33.  --Charlton County, GA Solid Waste Bonds (X) | A | Interest | J | T | | | | | |
| 34.  --DWS Managed Municipal Bond Fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Highlands County, FL Ind Dev Auth Bonds (X) | A | Interest | J | T | | | | | |
| 36. --Hudson County, NJ Solid Waste Rev Bonds (X) | A | Interest | J | T | | | | | |
| 37. --Junction City, KS Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 38. --New Orleans, LA Industrial Development Bonds (X) | D | Interest | | | Redeemed | 07/06 | K | | |
| 39. --Ohio State Solid Waste Disposal Bonds , (X) | C | Interest | J | T | | | | | |
| 40. --Port of New Orleans, LA Board of Commissioners(X) | A | Interest | J | T | | | | | |
| 41. --Putnam Tax Free Health Care Fund (x) | A | Dividend | J | T | | | | | |
| 42. --St. Charles Parish, LA Environmental Bonds (X) | A | Interest | | | Redeemed | 06/15 | J | | |
| 43. --St. Paul, MN Port Authority Industrial Revenue Bonds (X) | B | Interest | J | T | | | | | |
| 44. --Seligman Louisiana Municipal Fund (X) | A | Dividend | J | T | | | | | |
| 45. --Allegheny county, PA Hospital Bonds (X) | A | Interest | J | T | | | | | |
| 46. --Aurora Centretech Bonds (X) | A | Interest | K | T | | | | | |
| 47. --Ben Hill County, GA Revenue Bonds (X) | A | Interest | K | T | | | | | |
| 48. --Bibb County, GA Development Authority Bonds (X) | B | Interest | K | T | | | | | |
| 49. --Camden County, NJ Revenue Bonds (x) | A | Interest | J | T | | | | | |
| 50. --Central Arizona Irrigation & Drainiage District Bonds (X) | A | Interest | J | T | Partial Sale | 06/01 | J | | |
| 51. --Crawford County, GA Development | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Authority Bonds (X) | | | | | | | | | |
| 52. --Denham Springs-Livingston Housing Bonds (X) | A | Interest | J | T | | | | | |
| 53. --District of Columbia Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 54. --East Carrol Parish, LA Law Enforcement Bonds (X) | A | Interest | J | T | | | | | |
| 55. --Escambria County, FL Health Facs Bonds (X) | A | Interest | J | T | | | | | |
| 56. --Garza County, TX Bonds (X) | A | Interest | J | T | | | | | |
| 57. --Hammond-Tangipahoa Home Mortgage Bonds (X) | A | Interest | J | T | | | | | |
| 58. --Hancock County, TN Health Ed Bonds (X) | A | Interest | J | T | | | | | |
| 59. --Illinois Health Facs Auth Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 60. --Illinois Housing Development Authority Bonds (X) | A | Interest | J | T | | | | | |
| 61. --Lafayette, LA Public Trust Fin Auth Bonds (X) | A | Interest | J | T | | | | | |
| 62. --Langhorne Manor Boro, PA Higher Education Bonds (X) | A | Interest | J | T | | | | | |
| 63. --Louisiana Public Facilities Bonds (X) | A | Interest | J | T | | | | | |
| 64. --Louisiana State University Bonds (X) | A | Interest | J | T | | | | | |
| 65. --New Jersey Healh Care Facilities Bonds (X) | A | Interest | K | T | | | | | |
| 66. --Peach County, GA Development Authority Revenue Bonds (X) | B | Interest | K | T | | | | | |
| 67. --Plaquemines, LA Port Harbor Revenue | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Bonds (X) | | | | | | | | | |
| 68. --St. John Baptist Parish, LA Gas Bonds (X) | A | Interest | J | T | Partial Sale | 12/01 | J | | |
| 69. --St. Paul, MN Port Authority Bonds (X) | A | Interest | J | T | Partial Sale | 06/08 | J | A | |
| 70. --Santa Fe, NM Educational Facilities Revenue Bonds (X) | B | Interest | K | T | | | | | |
| 71. --Savannah, GA Economic Development Authority Bonds (X) | A | Interest | J | T | | | | | |
| 72. --Shreveport, LA Water & Sewer Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 73. --Sumner, IL Healthcare Facilities Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 74. --Swansea, IL Healthcare Facilities Bonds (x) | A | Interest | J | T | Partial Sale | 11/09 | J | A | |
| 75. --Tarrant County, TX Health Facilities Revenue Bonds (X) | A | Interest | J | T | | | | | |
| 76. --West Feliciana Parish, LA Bonds (X) | A | Interest | J | T | | | | | |
| 77. --West Frankfort, IL Healthcare Bonds (X) | A | Interest | J | T | | | | | |
| 78. --Eastern Carolina, NC Housing Revenue Bonds (X) | | None | J | T | | | | | |
| 79. --Summers County, WV Solid Waste Disposal Bonds (X) | | None | J | T | | | | | |
| 80. --Gila County, AZ IDA Revenue Bonds (X) | | None | J | T | | | | | |
| 81. --Tjiwi Kimia Intl Finance Co Senior Notes (x) | | None | J | T | | | | | |
| 82. --Tricom, SA Senior Notes (X) | | None | J | T | | | | | |
| 83. --At Home Corp Subordinated Notes (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. --Cablevision, SA Notes (X) | | None | J | T | | | | | |
| 85. --Williams Commuinications Group Notes (X) | | None | J | T | | | | | |
| 86. --Connecticut Development Authority Bonds | | None | K | T | Purchase | 11/21 | K | | |
| 87. --Alcatel Alsthom ADR (x) | | None | J | T | | | | | |
| 88. --Idearc, Inc. (Spinoff of Verizon Communications, Inc. | | None | J | T | | | | | |
| 89. --L-1 Identity Solutions, INC. | | None | J | T | Merger | 09/01 | J | | See Note in Part VIII |
| 90. --Ladenburg Thalmann Finaicial Services (X) | | None | J | T | | | | | |
| 91. --Nevada Gold & Casinos, Inc. Common Stock (X) | | None | J | T | | | | | |
| 92. --Trism, Inc. Common Stock (X) | | None | J | T | | | | | |
| 93. --Leucadia National Corp Common Stock (X) | A | Dividend | J | T | | | | | |
| 94. --Vector Group, LTD Common Stock (X) | A | Dividend | J | T | | | | | |
| 95. --Verizon Communications Common Stock (X) | A | Dividend | J | T | | | | | |
| 96. --Hartford Income Shares und, Inc. Mutual Fund (X) | A | Dividend | J | T | | | | | |
| 97. --Identix, Inc. Common Stock (X) | | | | | Merger | 09/01 | J | | See Note in Part VIII |
| 98. --MFS Multimarket Income Trust Mutual Fund (X) | A | Dividend | J | T | | | | | |
| 99. --Alcatel ADR (X) (Formerly Lucent Technologies Common Stock | | None | J | T | | | | | |
| 100. --San Juan Basin Royalty Trust Units (X) | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. --Money Market Investment Shares | A | Dividend | K | T | | | | | |
| 102. --The McGeeHee Group, LLC | | None | O | W | | | | | |
| 103. Brokerage Account #3 | | | | | | | | | |
| 104. --Edward Jones Money Market Account | A | Dividend | J | T | | | | | |
| 105. --Growth Fund of America Mutual Fund | B | Dividend | K | T | | | | | |
| 106. --Liberty Funds Trust Tax-Exempt Fund | | | | | Sale | 12/08 | J | A | |
| 107. Individual Retirement Account #1 | D | Dividend | M | T | | | | | |
| 108. --Euro Pacific Growth Fund Mutual Fund | | | | | | | | | |
| 109. --Growth Fund of America Mutual Fund | | | | | | | | | |
| 110. Midsouth Bank, NA | B | Interest | L | T | | | | | |
| 111. Capital One Bank, NA | B | Interest | K | T | | | | | |
| 112. Brokerage Account #4 | | | | | | | | | |
| 113. --Elizabeth City, NC Housing Authority Bonds (X) | | None | J | T | | | | | |
| 114. Lafourche Parish, LA Sales Tax Bonds (X) | A | Interest | J | T | | | | | |
| 115. Tillman County, OK Correctional Facility Bonds (X) | A | Interest | J | T | | | | | |
| 116. Columbia Tax Exempt Fund Class A Mutual Fund (X) | A | Dividend | J | T | | | | | |
| 117. --Installment Sale Note Receivable - Joseph | A | Interest | | | | | | | See Note in Part |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,000 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Savoie | | | | | | | | | VIII |
| 118. Royalty Interest - Lafayette Parish, LA | B | Royalty | | | | | | | See Note in Part VIII |
| 119. Rental Property #1, Lafayette, LA | C | Rent | M | R | | | | | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T | 06/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

art VII Comments:

Item #1 - All accounts at Iberia Bank for Richard Haik are being combined into one aggregate total instead of seperate reporting that was done in 2005. On the 2005 report, these items were individually listed as items #1 through #4.

Item #2 - All accounts at Iberia Bank for ▓▓▓▓▓▓▓ are being combined into one aggregate total instead of seperate reporting that was done in 2005. On the 2005 report, these items were individually listed as items #5 and #6.

Item #89 - L-1 Identity Solutions was the result of a merger with Identix, Inc. item #97.

Item #117 - This was income received on an installment note that was paid out in 2006.

Item #118 - The property giving rise to the royalty interest is detailed by item #119 and the note below.

Item #119 - The residential rental real estate was purchased on April 6, 2006 for $100,000 from Evelyn Hannie..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ 8-9-2007 ____

NOTE: ANY INDI▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬IES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544